IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

TRACIE R. BARNES, et al.,

               Plaintiffs,                    CV-26-53-M-BMM

vs.

BNSF RAILWAY COMPANY, a               **ORDER**
Delaware corporation; and JOHN
SWING, et al.,

               Defendants.

The parties filed a Stipulated Motion Re: Consolidation for Filing Purposes (Doc. 18.) on May 19, 2026, to consolidate *Barnes v. BNSF RAILWAY COMPANY, et al.* (CV-26-53-GF-BMM) and the 215 civil cases that have been filed in this Court, identified by the parties in Exhibit 1, Doc. 18-1.

The Court finds good cause to consolidate *Barnes* and the 215 cases identified by the parties in Exhibit 1, Doc. 18-1, for filing purposes only, regarding Defendants' Motion for Judgment on the Pleadings re: Plaintiffs' Negligence and Strict Liability Claims (Doc. 2) and Plaintiffs' Motion to Remand (Doc. 5.) Accordingly,

IT IS HEREBY ORDERED that: Civil action CV-26-53-GF-BMM and the 215 cases identified by the parties in Exhibit 1, Doc. 18-1 are consolidated for filing

purposes only regarding Defendants' Motion for Judgment on the Pleadings re:

Plaintiffs' Negligence and Strict Liability Claims (Doc. 2) and Plaintiffs' Motion to

Remand (Doc. 5.) This order does not consolidate the Libby Asbestos cases for trial or

any other purpose not specifically stated in this motion.

The parties shall file all documents pertaining to the 216 Libby Asbestos cases in

CV-26-53-M-BMM and spread to the appropriate member cases, unless and until

otherwise ordered.  If a document does not apply to all 216 Libby Asbestos cases, it

shall only be filed in the appropriate case.

DATED this 19th day of May 2026.

Brian Morris, Chief District Judge
United States District Courts